Chapter 7 Bankruptcy Trustee
Arvind Mahendru Esq.
5703 Red Bug Lake Road #284
Winter Springs, FL  32708

DATE RECEIVED: Dec 09 2013       TIME RECEIVED: 06:44AM       TOTAL SERVED: 19

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

IN RE:  Patricia Berry

CASE NO: 13-11441

**CERTIFICATE OF SERVICE**

Chapter:
ECF Docket Reference No.
Judge:
Hearing Location:
Hearing Date:
Hearing Time:
Response Date:

On 12/9/2013, a copy of the following documents, described below,

Notice of Intent to Sell,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/9/2013

/s/ Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Chapter 7 Bankruptcy Trustee
Arvind Mahendru Esq.
5703 Red Bug Lake Road #284
Winter Springs, FL  32708

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A-6<br>CASE 6-13-BK-11441-KSJ<br>MIDDLE DISTRICT OF FLORIDA<br>ORLANDO<br>MON DEC 9 12-29-22 EST 2013 | PATRICIA BERRY<br>624 REINASSAINCE POINT<br>#101<br>ALTAMONTE SPRINGS FL 32714-3510 | BANK OF AMERICA<br>4060 OGLETOWNSTANTON RD<br>NEWARK DE 19713 |
| BANK OF AMERICA<br>ATTN- CORRESPONDENCE UNITCA6-919-02-41<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 | BARCLAYS BANK DELAWARE<br>ATTN- BANKRUPTCY<br>P.O. BOX 8801<br>WILMINGTON DE 19899-8801 | CACH LLCSQUARE TWO FINANCIAL<br>ATTENTION- BANKRUPTCY<br>4340 SOUTH MONACO ST. 2ND FLOOR<br>DENVER CO 80237-3408 |
| CALVARY PORTFOLIO SERVICES<br>ATTENTION- BANKRUPTCY DEPARTMENT<br>500 SUMMIT LAKE DR. SUITE 400<br>VALHALLA NY 10595-1340 | CAPITAL 1 BANK<br>ATTN- BANKRUPTCY DEPT.<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE AUTO FINANCE<br>3905 N DALLAS PKWY<br>PLANO TX 75093-7892 |
| CREDIT COLL USA<br>CCUSAATTN-BANKRUPTCY<br>16 DISTRIBUTOR DR STE 1<br>MORGANTOWN WV 26501-7209 | FLORIDA DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>POST OFFICE BOX 6668<br>TALLAHASSEE FL 32314-6668 | G M A C<br>15303 S 94TH AVE<br>ORLAND PARK IL 60462-3825 |
| GOLDKEY CRED<br>P O BOX 15670<br>BROOKSVILLE FL 34604-0122 | INTERNAL REVENUE SERVICE<br>POST OFFICE BOX 7346<br>PHILADELPHIA PA 19101-7346 | MERRICK BK<br>ATTN- BANKRUPTCY<br>P.O. BOX 9201<br>OLD BETHPAGE NY 11804-9001 |
| PCFPROFESSIONAL CREDIT SRVCS<br>PO BOX 149281<br>ORLANDO FL 32814-9281 | SALLIE MAE<br>ATTN- CLAIMS DEPARTMENT<br>PO BOX 9500<br>WILKES-BARRE PA 18773-9500 | SEMINOLE COUNTY TAX COLLECTOR<br>ATTN- RAY VALDES<br>POST OFFICE BOX 630<br>SANFORD FL 32772-0630 |
| U S DEPT OF EDGSLATL<br>PO BOX 4222<br>IOWA CITY IA 52244 | WELLS FARGO<br>ATTENTION- BANKRUPTCY MAC# X2303-01A<br>PO BOX 41169<br>DES MOINES IA 50328-0001 | ~~CHARLES W PRICE +~~<br>~~PRICE LAW FIRM~~<br>~~390 MAITLAND AVENUE~~<br>~~SUITE 1000~~<br>~~ALTAMONTE SPRINGS FL 32701 5415~~ |
| ~~UNITED STATES TRUSTEE   ORL713 +~~<br>~~OFFICE OF THE UNITED STATES TRUSTEE~~<br>~~GEORGE C YOUNG FEDERAL BUILDING~~<br>~~400 WEST WASHINGTON STREET SUITE 1100~~<br>~~ORLANDO FL 32801-2217~~ | ~~ARVIND MAHENDRU +~~<br>~~5703 RED BUG LAKE ROAD~~<br>~~SUITE 204~~<br>~~WINTER SPRINGS FL 32708 4969~~ | ~~NOTE  ENTRIES WITH A □+□ AT THE END OF~~<br>~~NAME HAVE AN EMAIL ADDRESS ON FILE IN~~ |